H. Barry Vasios, Esq.
Barbra R. Parlin, Esq.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Tel.: 212-513-3210
Fax: 212-385-9010

*Attorneys for Pergament Equities, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. NO. 08-01789 (BRL) |
| Plaintiff, | : | |
| v. | : | SIPA Liquidation |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantively Consolidated) |
| | : | |
| Defendant. | : | |

----------------------------------------------------------------X

| | |
|---|---|
| In re | : |
| | : |
| BERNARD L. MADOFF, | : |
| | : |
| Debtor. | : |

----------------------------------------------------------------X

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | Adv. Pro. No. 10-04944 (BRL) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PERGAMENT EQUITIES, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

----------------------------------------------------------------X

**RELIEF IS SOUGHT** from a United States District Judge of the United States District

Court for the Southern District of New York pursuant to 28 U.S.C. §§ 157(d) and 1334(c)(1) and

Rules 5011(a) and 9033(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Barbra R. Parlin, Esq. dated March 21, 2012, the exhibits thereto, and all prior pleadings and proceedings herein, defendant Pergament Equities LLC ("Pergament") will move the United States District Court for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, at such time as is designated by the Court, for an Order (1) pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011 withdrawing the reference of the above-referenced adversary proceedings from the United States Bankruptcy Court for the Southern District of New York, and (2) for abstention pursuant to 28 U.S.C. § 1334(c)(1).

Pursuant to Local Rule 5011-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, Pergament submits this motion to the Clerk of the Court of the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1(b) of the Local

Rules of the United States District Court for the Southern District of New York, any answering

memoranda shall be served within fourteen (14) days after service of the moving papers, and

reply memoranda shall be served within seven (7) days after service of the answering papers.

Dated: New York, New York
      March 21, 2012

           HOLLAND & KNIGHT LLP

           By:   /s/ Barbra R. Parlin
                H. Barry Vasios
                Barbra R. Parlin
           31 West 52nd Street
           New York, New York 10019
           (212) 513-3200

           *Attorneys for Pergament Equities, LLC*

<u>CERTFICATE OF SERVICE</u>

I, Elvin Ramos, under penalty of perjury of the laws of the United States of America, this 21st day of March 2012, served true copies of the foregoing Motion to Withdraw Reference, by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "CM/ECF System") upon registered users of the CM/ECF System, and by U.S. Mail, postage pre-paid, upon the following persons:

**Richard Levy, Jr.**
Pryor Cashman LLP
7 Times Square
New York, NY 10036
(212) 326-0886
Fax : (212) 326-0806
Email: rlevy@pryorcashman.com

**Marc E. Hirschfield**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Fax : (212) 589-4201
Email:

Dated: March 21, 2012

Elvin Ramos